```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

REGINOLD LAMONT SWEET                                    PETITIONER

VS.                          CIVIL ACTION NO. 5:05cv86-DCB-MTP

CLAUDE FOREMAN, WARDEN                                   RESPONDENT

### FINAL JUDGMENT

This matter came before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation dated August 2, 2006 [**docket entry no. 12**], which recommends that the petition be dismissed without prejudice, and the Court having adopted the Report and Recommendation of even date herewith. Accordingly,

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

SO ORDERED, this the 28th day of August, 2006.

                                    S/DAVID BRAMLETTE
                                    UNITED STATES DISTRICT JUDGE